**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young United States Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov



Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

January 7, 2005

ANNA LASSETER,

MAGISTRATE JUDGE
SELTZER

**Plaintiff,**

-vs-                                          Case No. **6:04-cv-1310-Orl-22DAB**

GMAC   MORTGAGE   CORPORATION,   d/b/a:
ditech.com,

**Defendant.**

```
FILED by _____ D.C.
INTAKE
JAN 25 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.
```

## TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above-referenced case has been transferred to your District pursuant to an Order signed by United States District Judge Anne C. Conway on January 4, 2005.

Enclosed is the entire record, transfer Order, a certified copy of the docket sheet, and an extra copy of this letter. It is requested that you date stamp the copy, complete the portion below, and return it in the envelope provided.

SHERYL L. LOESCH, CLERK

By:    s/C. Houston, Deputy Clerk
       Deputy Clerk

Receipt of the documents described above is hereby acknowledged.

New Case Number:    _0:05CV60117 KAM/BSS_

Date of Receipt:    _____

By:                 _____